# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            Civil Action No. 1:15-cv-01237-CMH-TCB

JOHN DOE, subscriber assigned IP address
96.241.50.44,

    Defendant,
                                             /

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 96.241.50.44.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 7, 2015

                                                           Respectfully submitted,

                                                           By:   /s/ *William E. Tabot*
                                                           William E. Tabot PC
                                                           9248 Mosby Street
                                                           Manassas, VA 20110-5038
                                                           Phone: 703-530-7075
                                                           Email: wetabotesq@wetlawfirm.com
                                                           *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                 By: /s/ *William E. Tabot*_____
                 William E. Tabot